UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
UNITED STATES,

                              No. 19 CR 875-LTS

            Plaintiff,

    -against-

ROBERT WADE,

            Defendant.
-------------------------------------------------------x

## ORDER

      A bail hearing is scheduled in this case for March 27, 2020, at 10 a.m. In light of the ongoing COVID-19 public health emergency and the Court's emergency procedures, the scheduled hearing before the undersigned is adjourned and the parties are directed to make arrangements for a hearing before the Duty Magistrate Judge if Defendant wishes to go forward with the application in the Defendant's presence. If the parties are willing to waive the Defendant's presence and proceed by telephone conference, the parties must so notify the undersigned's chambers by letter filed on ECF by March 25, 2020, at 3:00 p.m., and any defense submission in connection with such application must be filed on ECF by March 25, 2020, at 5:00 p.m., with any Government response filed on ECF by March 26, 2020, at 5:00 p.m.

      SO ORDERED.

Dated: New York, New York
       March 24, 2020

                                                 /s/ Laura Taylor Swain
                                                LAURA TAYLOR SWAIN
                                                United States District Judge