UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
UNITED STATES,

                                                                              No. 19 CR 875-LTS

                           Plaintiff,

       -against-

ROBERT WADE,

                         Defendant.
--------------------------------------------------------x

<u>ORDER</u>

By letter dated March 24, 2020, the parties notified the Court that they are willing to waive the Defendant's presence and go forward with the bail application telephonically on March 27, 2020, at 10 a.m. (Docket Entry No. 26.)

The hearing will take place telephonically on **March 27, 2020, at 10 a.m**. To access the call, the parties must dial 888-363-4734 and enter the access code 1527005. During the call, the parties are directed to observe the following rules:

1. Use a landline whenever possible.
2. Use a handset rather than a speakerphone.
3. Identify yourself each time you speak.
4. <u>Mute</u> when you are not speaking to eliminate background noise.
5. Spell proper names.

The parties are further directed to contact Pretrial Services to telephonically obtain the contents of the Pretrial Services Report.

In advance of the hearing, defense counsel must file written confirmation, which may be in the form of a declaration of counsel in light of access issues arising from the ongoing public health emergency, of Defendant's consent to waive his appearance.

SO ORDERED.

Dated: New York, New York
    March 25, 2020

                                        /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                        United States District Judge