UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 19-Cr-875 (SHS) |
| -v- | : | ORDER |
| ROBERT WADE, | : | |
| Defendant. | : | |

-------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

On October 13, 2020, the Court received defendant's letter application for a new counsel [Doc. No. 68]. Accordingly,

IT IS HEREBY ORDERED that Anthony Strazza, Esq. is directed to speak with Mr. Wade in connection with this application. Defense counsel shall file a letter to the Court on or before October 26, 2020, as to whether or not defendant withdraws his application. If the application is not withdrawn, counsel shall state his position in response.

Dated: New York, New York
       October 14, 2020

SO ORDERED:

_____
SIDNEY H. STEIN, U.S.D.J.