UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 19-Cr-875 (SHS) |
| -v- | : | <u>ORDER</u> |
| ROBERT WADE, | : | |
| Defendant. | : | |

-------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

      The Court is in receipt of defendant's letter application for new counsel [Doc. No. 68], and defendant's attorney Anthony Strazza's letter dated October 22, 2020 [Doc No. 70]. Accordingly,

      IT IS HEREBY ORDERED that Anthony Strazza, Esq. is relieved, and the CJA attorney on duty today, David S. Greenfield, is appointed to represent the defendant pursuant to the Criminal Justice Act. Mr. Strazza is directed to (1) notify his client of this Order, and (2) turn over all files in his possession regarding this matter to Mr. Greenfield.

Dated: New York, New York
       October 22, 2020

SO ORDERED

*[signature]*

SIDNEY H. STEIN
U.S.D.J.