LAW OFFICES
# DAVID S. GREENFIELD
100 LAFAYETTE STREET • SUITE 502

NEW YORK, N.Y. 10013

(212) 481-9350

TELECOPIER (212) 571-5507            **MEMO ENDORSED**

December 4, 2020

Hon. Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    United States v. Christopher
              *including Robert Wade*
              1:19 Cr. 875-2 (SHS)

Dear Judge Stein:

      I was recently appointed as CJA substitute counsel for defendant Robert Wade in the above-captioned case. I am respectfully writing to request that Your Honor appoint Lucas Anderson as associate counsel, pursuant to 18 U.S.C. § 3006A.

      Mr. Anderson is admitted to practice before this Court and is a member of the CJA panel for the Court of Appeals for the Second Circuit. He has extensive experience with federal criminal litigation, first as an associate with the law firm Rothman, Schneider, Soloway & Stern, LLP, and now as an "of counsel" member of that firm. I have had the opportunity to work with Mr. Anderson on many cases in the past, and I can attest to the quality of his work.

      The assistance of associate counsel will be critical to the defense's ability to conduct factual and legal research in connection with pre-trial motions and applications, trial preparation, and/or sentencing. In addition, the assistance of an associate will be critical to reviewing the discovery that has been produced thus far.

Hon. Sidney H. Stein
December 4, 2020
Page Two

      Therefore, it is requested that Your Honor endorse this letter as an Order appointing Mr. Anderson for a maximum of 100 hours at a rate of $110 per hour, *nunc pro tunc* to December 2, 2020.

      Please have your chambers contact my office if you have any questions about this request.

Respectfully submitted,

/s/
David S. Greenfield

**The request to appoint Mr. Anderson for a maximum of 100 hours at a rate of $110 per hour is granted.**

Dated: New York, New York
       December 7, 2020

SO ORDERED

_____
SIDNEY H. STEIN
U.S.D.J.