UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

- against -

ROBERT WADE,

Defendant.

19 Cr. 875 (SHS)
**ORDER**

---

Upon the application of the defendant Robert Wade, by and through his attorneys, David S. Greenfield and Sarah M. Sacks, the Court hereby orders the Metropolitan Detention Center (the "MDC") in Brooklyn, New York, to accept clothing for the defendant to wear during his trial in the above-captioned case, currently scheduled to begin on November 22, 2021.  The Court orders the MDC to accept up to four sets of clothing, including but not limited to underwear, undershirts, socks, shoes, dress shirts, sweaters, slacks, and a belt, and to permit such clothing to be made available to the defendant prior to each court date in this case.  Counsel for the defendant will deliver this order to the appropriate personnel at the MDC.

Dated: New York, NY

November 17, 2021

SO ORDERED

SIDNEY H. STEIN
U.S.D.J.