UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

ROBERT WADE,

Defendant.

19-cr-875 (SHS)

ORDER

SIDNEY H. STEIN, U.S. District Judge.

Petitioner Robert Wade has returned an executed waiver of the attorney-client privilege dated February 26, 2026. (Dkt. No. 229.) Accordingly, it is hereby ordered that:

1. Wade's former counsel—David Greenfield and Sarah Sacks—shall submit affidavits pursuant to the Court's February 24, 2026 Order (Dkt. No. 228) "giv[ing] sworn testimony . . . addressing the allegations of ineffective assistance of Counsel made by Petitioner" on or before April 13, 2026.

2. The Government shall file any further memorandum in opposition to Wade's petition on or before April 28, 2026.

3. Wade shall file any reply memorandum in further support of his petition on or before May 28, 2026.

The Clerk of Court shall mail a copy of this Order to Wade at the following address: Robert Wade [87658-054], USP Hazelton, U.S. Penitentiary, P.O. Box 2000, Bruceton Mills, WV  26525.

Dated:  New York, New York
        March 12, 2026

SO ORDERED:

Sidney H. Stein, U.S.D.J.