UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------x

UNITED STATES OF AMERICA, : 19-Cr-875 (SHS)

-against- :

ORDER

ROBERT WADE, :

Defendant. :

--------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge:

IT IS HEREBY ORDERED that Deborah A. Colson, Esq., the attorney on duty today, is appointed to represent the defendant pursuant to the Criminal Justice Act regarding his petition pursuant to 28 U.S.C. § 2255.

The Clerk of Court is directed to send a copy of this Order to defendant Robert Wade [87658-054], USP Hazelton, U.S. Penitentiary, P.O. Box 2000, Bruceton Mills, WV 26525.

Dated: New York, New York
July 8, 2026

SO ORDERED:

Sidney H. Stein, U.S.D.J.