UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 19-Cr-875 (SHS) |
| -v- | : | <u>ORDER</u> |
| ROBERT WADE, | : | |
| Defendant. | : | |

---------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

The Court shall hold a fact hearing on defendant's 28 U.S.C. § 2255 petition (Doc. No. 225) in which he asserts that his attorneys, David Greenfield and Sarah Sacks rendered ineffective assistance of counsel. The Court has appointed the attorney on duty today, Deborah H. Colson, Esq., pursuant to the Criminal Justice Act to represent defendant in connection with this petition.

IT IS HEREBY ORDERED that the government and the defendant's attorney shall confer and propose a date or dates for the fact hearing.

The Clerk of Court is directed to send a copy of this Order to defendant Robert Wade [87658-054], USP Hazelton, U.S. Penitentiary, P.O. Box 2000, Bruceton Mills, WV 26525.

Dated: New York, New York
July 8, 2026

SO ORDERED:

Sidney H. Stein, U.S.D.J.