UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

ROBERT WADE,

Defendant.

19-cr-875 (SHS)

ORDER

SIDNEY H. STEIN, U.S. District Judge.

On July 8, 2026, the Court appointed Deborah H. Colson, Esq., as *pro bono* counsel to petitioner Robert Wade and directed the Government and Wade's counsel to confer and propose a date or dates for a fact hearing on Wade's pending petition pursuant to 28 U.S.C. § 2255. (Dkt. No. 234; Dkt. No. 235.) As of today, the Court has not received proposed dates for the fact hearing from the Government or Wade's counsel. Accordingly, the parties are directed to confer and submit on or before August 14, 2026, a proposed date or proposed dates for the fact hearing.

Dated: New York, New York
July 27, 2026

SO ORDERED:

Sidney H. Stein, U.S.D.J.