UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 19-Cr-875 (SHS) |
| -v- | : | ORDER |
| ROBERT WADE, | : | |
| Defendant. | : | |

-----------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

IT IS HEREBY ORDERED that there will be a conference on Wednesday, September 30, 2026, at 10:30 a.m. in Courtroom 23A for the Court to render its decision on defendant's motion pursuant to 28 U.S.C. § 2255.

Dated: New York, New York
September 25, 2026

SO ORDERED:

Sidney H. Stein, U.S.D.J.