UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------x

UNITED STATES OF AMERICA, : 19-Cr-875 (SHS)

-v- : ORDER

ROBERT WADE, :

Defendant. :

-----------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

For the reasons set forth on the record on September 30, 2026,

IT IS HEREBY ORDERED that defendant's motion pursuant to 28 U.S.C. § 2255 to vacate his conviction based on ineffective assistance of counsel is denied. Because Wade has not made a substantial showing of the denial of a constitutional right, a certificate of appealability will not issue. 28 U.S.C. § 2253(c)(2); *see also Lucidore v. N.Y. State Div. of Parole,* 209 F.3d 107, 111-13 (2d Cir. 2000). The Court certifies that any appeal from the Order of this Court would not be in good faith. *See Coppedge v. United States*, 369 U.S. 438, 445-46 (1962).

Dated: New York, New York
September 30, 2026

SO ORDERED:

Sidney H. Stein, U.S.D.J.